UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MARION BAUGH                                                                                       PLAINTIFF

VS.                                        NO. 4:19-CV-00610-BRW

ANDREW SAUL,
Commissioner of Social Security                                                          DEFENDANT

## ORDER

I have reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, I approve and adopt the Recommended Disposition in all respects. Judgment will be entered accordingly.

The Commissioner's Motion to Dismiss is GRANTED, and Plaintiff Marion Baugh's Complaint and amendments thereto (Docs. 2, 9, and 12), are DISMISSED without prejudice.

IT IS SO ORDERED this 23rd day of January, 2020.


                                                Billy Roy Wilson_____
                                                UNITED STATES DISTRICT JUDGE