UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARION BAUGH**  **PLAINTIFF**

**VS.**   **NO. 4:19-CV-00610-BRW**

**ANDREW SAUL,**
**Commissioner of Social Security**   **DEFENDANT**

## JUDGMENT

Based on the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. Judgment is entered in favor of the Commissioner.

IT IS SO ORDERED this 23rd day of January, 2020.

Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE